UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES O'CALLAGHAN,

               Plaintiff,

– against –

UBER CORPORATION OF CALIFORNIA,

               Defendant.

**ORDER**

17 Civ. 2094 (ER)

RAMOS, D.J.:

    On July 5, 2018, this Court granted Uber's motion to compel arbitration and stayed this case. The Court has received no information regarding the status of those proceedings since that time. According, the parties are directed to file a joint status report by November 1, 2020. Failure to comply with this Order could result in sanctions up to and including failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   October 2, 2020
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.